ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL ANN WINNETT as Wrongful Death Heir, and as Successor-in-Interest to GEORGE WINNETT, Deceased; and J.R.W., a minor, by and through his Guardian Ad Litem, CAROL ANN WINNETT, as Legal Heir of GEORGE WINNETT, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY and DOES 1-300, <br><br> Defendants. | No. C06-3288 EDL <br><br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [~~PROPOSED~~] ORDER TO STAY; [~~PROPOSED ALTERNATIVE~~] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed May 18, 2006 (Document 2), for the following good cause:

On July 6, 2006, Defendant GENERAL ELECTRIC COMPANY filed a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

//
//

1       On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

      The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

      The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

      However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

      It is likely the dates set forth in the *Case Management Scheduling Order* filed May 18, 2006 (Document 2), including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass before the Clerk of the JPML acts.

      The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

      Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Case Management Scheduling Order* filed May 18, 2006 (Document 2) and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

//

K:\Injured\104460\fed\Stip stay or cont (WINNETT).wpd      2

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – No.C06-3288 EDL

1  In the alternative, the parties hereby STIPULATE to and respectfully request that the
2  dates set forth in the *Case Management Scheduling Order* filed May 18, 2006 (Document 2),
3  vacated and continued pending the outcome of the JPML's decision on the merits of the transfer.
4  Specifically, these deadlines in this matter include the **August 1, 2006** Rule 26 deadline to meet
5  and confer, and file Joint ADR Certification, the **August 1, 2006** Deadline to complete Initial
6  Disclosures, the **August 15, 2006** deadline to file the Joint Case Management Statement and the
7  Case Management Conference currently set for **August 22, 2006.**

8  Dated: June 29, 2006                                          BRAYTON❖PURCELL LLP

9                                                                /s/ David R. Donadio

10                                                       By: _____
                                                              David R. Donadio
11                                                            Attorneys for Plaintiff

12

13  Dated: July 6, 2006                                          SEDGWICK, DETERT, MORAN &
                                                                 ARNOLD, LLP
14
                                                                 /s/ Damon McClain
15                                                       By: _____
                                                              Damon McClain
16                                                            Attorneys for Defendant
                                                              GENERAL ELECTRIC COMPANY
17

18              [PROPOSED]    **ORDER TO STAY**

19              IT IS HEREBY ORDERED that the hearing date and deadlines specified in the
20  *Case Management Scheduling Order* filed May 18, 2006 (Document 2), are hereby VACATED
21  and that this action is STAYED pending the outcome of the JPML's decision on the merits of the
22  transfer.
23  Dated: _____
24
25                                                       _____
                                                         Elizabeth D. Laporte
26                                                       United States Magistrate Court Judge
27
28  //

K:\Injured\104460\fed\Stip stay or cont (WINNETT).wpd                  3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES – No.C06-3288 EDL

1  [PROPOSED *ALTERNATIVE*]  **ORDER TO CONTINUE**

2  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the

3  *Case Management Scheduling Order* filed May 18, 2006 (Document 2), are hereby VACATED.

4  IT IS FURTHER ORDERED that the following case management deadlines are

5  continued as follows:

6  1. Last day to meet and confer re initial disclosures, early settlement, ADR process

7  selection, and discovery plan is [~~set for a date on or after November 15, 2006 to wit:~~]

8  November 28, 2006;

9  2. Last day to file Joint ADR Certification with Stipulation to ADR process or

10  Notice of Need for ADR Phone Conference is [~~set for a date after November 15, 2006 to wit:~~]

11  November 28, 2006;

12  3. Last day to complete initial disclosures or state objection to Rule 26(f) Report,

13  file/serve Case Management Statement and file/serve Rule 26(f) Report is [~~set for a date after~~

14  ~~November 15, 2006 to wit~~:]  December 12, 2006; and

15  4. The Case Management Conference is [~~set for a date after November 15, 2006 to~~

16  ~~wit~~: ] December 19 2006 at 10:00 a.m., Courtroom "E", 15th Floor, 450 Golden Gate

17  Avenue, San Francisco, California.

18  Dated: July 20, 2006

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
United States District Court Judge

---

K:\Injured\104460\fed\Stip stay or cont (WINNETT).wpd  4
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES  – No.C06-3288 EDL